UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-cr-00112-JAP

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. TERRY JASON ARNOLD,

      Defendant.

---

## TRANSFER ORDER

---

THIS MATTER is before the Court on review of the file. Pursuant to D.C.COLO.LCivR 40.1, and the United States District Court for the District of Colorado Protocol Statement Concerning the Use of Visiting Judges approved August 12, 2009, this matter is hereby TRANSFERRED to **Senior District Judge James A. Parker of the District of New Mexico** with the understanding that Judge Parker will assume responsibility for the future management of the cases.

DATED this 18th day of June, 2010.

                        **BY THE COURT:**

                        */s/ Marcia S. Krieger*
                        Marcia S. Krieger
                        United States District Judge