```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLORADO
           BEFORE THE HONORABLE JAMES A. PARKER
         United States Courthouse & Social Security Building
                  103 Sheppard Drive, Room 235
                       DURANGO, COLORADO
```

NOTICE OF HEARING

# THURSDAY, AUGUST 5, 2010

       I hereby certify that a copy of this calendar was served--via facsimile transmission, mail, or electronic means--to counsel of record as they are shown on the Court's docket.

                        James A. Parker
                        Senior U.S. District Judge
                        District of New Mexico

Please direct all inquiries to: Cynthia Blumenthal, Courtroom Deputy, at (505) 348-2230

**THIS COPY OF THE COURT CALENDAR SERVES AS YOUR NOTICE OF HEARING.**

**10:00 AM Sentence Hearing**

**10cr112 JAP    USA v. Terry Jason Arnold**

Attorney for USA - Todd Parker Norvel
Attorney for Defendant - Robert William Pepin

cc:  Erica Coster, U.S. Probation Officer, Durango
     Doug Randolph, Supervisor, U.S. Probation Office, Denver
     Shirley Dills, Clerk for U.S. Magistrate West, Durango