IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00112-JAP-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TERRY JASON ARNOLD,

    Defendant.

---

## ORDER TERMINATING SUPERVISED RELEASE
## PRIOR TO ORIGINAL EXPIRATION DATE

---

On January 18, 2013, the Court directed the Probation Office to provide the Court with a response to the defendant's December 23, 2012, Motion for Early Termination of Supervised Release. On February 27, 2013, the probation officer advised the Court that the defendant has adjusted satisfactorily to supervision, has made impressive personal progress in his life, and if not for his static Risk Prediction Index score, would be a suitable candidate for early termination from supervision.

Accordingly, it is

ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

DATED at Denver, Colorado, this _18TH_ day of March, 2013.

BY THE COURT:

_James A. Parker_
James A. Parker, Senior Judge
United States District Court